UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
2005 CV 11080 GAO

JANE DOE,
Plaintiff,

v.

SHERIFF OF ESSEX COUNTY, d/b/a ESSEX COUNTY CORRECTIONAL ALTERNATIVE CENTER; FRANK G. COUSINS, JR., individually and in his official capacity; ANDOVER HOUSING AUTHORITY, and CHRISTINE METZEMAEKERS, individually and in her official capacity,

Defendants.

## ANSWER TO CROSSCLAIM BY DEFENDANTS ANDOVER HOUSING AUTHORITY AND METZEMAEKERS.

1. The Defendants admit the allegations of paragraphs 1, 2, and 3.

**Count I.**

2. In response to paragraph 4, the Defendants repeat and incorporate by reference their responses to paragraphs 1-3.

3. The Defendants admit, in response to paragraph 5, that the complaint so alleges, but deny they have committed the actions alleged.

4. The Defendants deny the allegations of paragraph 6 and further state that the counterclaim plaintiff is not entitled to the relief requested.

**Count II.**

5. In response to paragraph 7 the Defendants repeat and incorporate by reference their responses to paragraphs 1-6.

6. The Defendants deny the allegations of paragraph 8 and further state that the counterclaim plaintiff is not entitled to the relief requested.

**Affirmative Defenses.**

7. The Defendants repeat and incorporate by reference all affirmative defenses plead by them or any other defendant in response to the complaint in this case.

THE DEFENDANTS CLAIM A TRIAL BY JURY ON ALL ISSUES.

By their attorneys,

CURLEY & CURLEY, P.C.

/s/  Martin J. Rooney
_____
Martin J. Rooney, Esq.
BBO# 426910
27 School Street

Boston MA 02108
617/523-2990



CERTIFICATE OF SERVICE

I, Martin J. Rooney, Esq., hereby certify that I served by first class mail, postage prepaid, a true and correct copy of the foregoing pleading to the following counsel of record: Jeffrey S. Beeler, Esq., Heinlein & Beeler, PC, 207 Union Street, S. Natick, MA 01760; and Steve Frost, Esq., Merrick Louison & Costello, LLP, 67 Batterymarch St., Boston MA 02110.


DATE:7/6/05                           /s/ Martin J. Rooney
                                      Martin J. Rooney, Esq.
                                      BBO # 426910